

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number:              01-13-00542-CV

Style:                     In the Interest of A.J.A., AKA A.J.L.A., D.C.A., and J.C.T.A., AKA J.A., Children

Date motion filed*:        July 1, 2013

Type of motion:            Motion for extension of time to file clerk's record

Party filing motion:       District Clerk

Document to be filed:      Clerk's record

Is appeal accelerated?     No

If motion to extend time:

    Original due date:                          July 1, 2013

    Number of previous extensions granted:      0          Current Due date:  July 1, 2013

    Date Requested:                             July 31, 2013

Ordered that motion is:

    ☑    Granted

        If document is to be filed, document due:  July 31, 2013

        ☑    The Court will not grant additional motions to extend time absent extraordinary circumstances

    ☐    Denied

    ☐    Dismissed (*e.g.*, want of jurisdiction, moot)

    ☐    Other: _____

Judge's signature:    /s/ Terry Jennings
          X  Acting individually        ☐ Acting for the Court

Panel consists of    _____

Date:  July 18, 2013

November 7, 2008 Revision